```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


METAL PARTNERS REBAR, LLC          :
                                   : CIVIL ACTION
        Plaintiff                  :
                                   :
        vs.                        :
                                   : NO. 13-CV-3318
CARSON CONCRETE CORPORATION        :
and ANTHONY J. SAMANGO, JR.        :
                                   :
        Defendants                 :
```

## ORDER

AND NOW, this      6th      day of May, 2015, upon consideration of the evidence presented at the Non-Jury Trial in this matter on January 26, 2015 and for the reasons set forth in the preceding Decision, it is hereby ORDERED that Judgment is entered in favor of the Plaintiff and against Defendants, jointly and severally in the net amount of $147,238.38, which amount represents the full amount due and owing to Plaintiff on the outstanding invoices plus the administrative collection fee less the damages found to have been suffered by Defendants.

IT IS FURTHER ORDERED that in the event Plaintiff wishes to obtain payment for its attorneys' fees and court costs, it is DIRECTED to submit a Motion for same and to Mold the Verdict accordingly within fourteen (14) days of the entry date of this Order.  Thereafter Defendants shall have fourteen (14) days to

file their response thereto.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,        J.