IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
METAL PARTNERS REBAR, LLC         :
                                  : CIVIL ACTION
        Plaintiff                 :
                                  :
    vs.                           :
                                  : NO. 13-CV-3318
CARSON CONCRETE CORPORATION       :
and ANTHONY J. SAMANGO, JR.       :
                                  :
        Defendants                :
```

**ORDER**

AND NOW, this    15th    day of July, 2015, upon consideration of Plaintiff's Amended Motion for Attorneys' Fees and Costs (Doc. No. 41), it is hereby ORDERED that the Motion is GRANTED, Plaintiff is awarded the additional sum of $66,612.28 in Attorneys' Fees and Costs and the Clerk of Court is DIRECTED to mold the verdict previously entered in this matter in the amount of $147,238.38 to include this additional sum for a total Judgment in the amount of $213,850.66.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER,         J.